JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN RAY CHAVEZ, individually and on behalf of Class of Persons similarly situated,**<br><br>Plaintiff(s),<br><br>v.<br><br>**CITY OF FULLERTON, ET. AL.,**<br><br>Defendant(s). | **CASE NO. SACV07-120 DOC(MLGx)**<br><br>**DISMISSAL ORDER** |

GOOD CAUSE THERE APPEARING, it is hereby ordered that the above-captioned action be dismissed against all Defendants.

DATED: April 23, 2008

_/s/ David O. Carter_

DAVID O. CARTER

United States District Judge